NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**CARL FOX,**
*Petitioner,*

v.

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2012-3078

---

Petition for review of the Merit Systems Protection Board in case no. CH0752110659-I-1.

---

## ON MOTION

---

## ORDER

Carl Fox moves to reinstate his petition for review.

On March 7, 2012, this court dismissed Fox's petition for failing to (1) pay the court's docketing fee and (2) file a Fed. Cir. R. 15(c) statement concerning discrimination.

Upon consideration thereof,

IT IS ORDERED THAT:

The court's March 7, 2012 dismissal order will be vacated, the mandate will be recalled, and the motion will be granted if Fox (1) files his 15(c) statement and (2) pays the court's docketing fee or files a completed motion for leave to proceed in forma pauperis form within 30 days from the date of filing of this order.

FOR THE COURT

**MAY 22 2012**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Carl Fox (15(c) form and IFP form enclosed)
P. Davis Oliver, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 22 2012

JAN HORBALY
CLERK